COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| | | No. 08-09-00299-CV |
| IN THE INTEREST OF C.S.D., | § | |
| | | Appeal from the |
| A CHILD. | § | |
| | | 65th District Court |
| | § | |
| | | of El Paso County, Texas |
| | § | |
| | | (TC# 2008CM1601) |
| | § | |

**MEMORANDUM OPINION**

Pending before the Court is Appellant's motion to dismiss the appeal pursuant to TEX. R. APP. P. 42.1(a)(1) because he no longer wishes to prosecute the appeal. We grant the motion and dismiss the appeal. Costs are assessed against Appellant. *See* TEX. R. APP. P. 42.1(d).


GUADALUPE RIVERA, Justice

January 13, 2010

Before Chew, C.J., McClure, and Rivera, JJ.